

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE ELECTRONIC DATA SYSTEMS CORPORATION SECURITIES LITIGATION | § § § § | CASE NO. 6:03-MD-1512 LEAD CASE 6:03-CV-110 ("SECURITIES") |
| This Documents Relates To: | § § | JUDGE DAVIS |
| ALL CASES | § | |

## APPLICATION OF ROBERT H. KLONOFF
## TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case No. 6:03-MD-1512, Lead Case 6:03-CV-110.

2. Applicant is representing the following parties: Electronic Data Systems Corporation, Richard H. Brown, and James E. Daley.

3. Applicant was admitted to practice in the District of Columbia on December 16, 1980 and in Missouri on June 24, 2003.

4. Applicant is in good standing and is otherwise eligible to practice law before this Court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. <u>None.</u>

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

| **COURT** | **DATE OF ADMISSION** |
|---|---|
| U.S. Supreme Court | 06/30/1986 |
| U.S. Court of Appeals for the D.C. Circuit | 02/11/1981 |
| U.S. Court of Appeals for the First Circuit | 02/10/2003 |
| U.S. Court of Appeals for the Third Circuit | 06/24/1998 |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1995 |
| U.S. Court of Appeals for the Fifth Circuit | 08/03/1992 |
| U.S. Court of Appeals for the Sixth Circuit | 12/21/1998 |
| U.S. Court of Appeals for the Seventh Circuit | 04/19/1999 |
| U.S. Court of Appeals for the Eighth Circuit | 11/29/1999 |
| U.S. Court of Appeals for the Ninth Circuit | 05/25/1999 |
| U.S. Court of Appeals for the Tenth Circuit | 11/29/1990 |
| U.S. Court of Appeals for the Eleventh Circuit | 06/16/1998 |
| U.S. District Court for the District of Columbia | 02/02/1981 |
| U.S. District Court for the District of Maryland | 03/10/1995 |
| U.S. District Court for the Northern District of Texas | 07/02/1998 |
| District of Columbia Bar | 12/16/1980 |
| Missouri Bar | 06/24/2003 |

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25.00 fee.

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

2

**Application Oath:**

I, Robert H. Klonoff, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 11/12/04      Signature: *Robert Klonoff*

|   |   |
|---|---|
| Name: | Robert H. Klonoff |
| State Bar Number: | 331744 (District of Columbia) |
|  | 55070 (Missouri) |
| Firm Name: | Jones Day |
| Address: | Douglas Stripp/Missouri Professor of Law |
|  | University of Missouri |
|  | Kansas City School of Law |
|  | 500 East 52nd Street |
| City/State/Zip: | Kansas City, MO  64110 |
| Telephone #: | (816) 235-2388 |
| Fax #: | (202) 626-1700 |
| E-mail Address: | rhklonoff@jonesday.com |

Applicant is authorized to enter an appearance as counsel for the parties listed above. This application has been approved for the Court this 16th day of November, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: _____
Deputy Clerk

3